

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00055-CV

_____

NUVIEW MOLECULAR PHARMACEUTICALS, INC., NUVIEW LIFE SCIENCES, INC., AND PAUL CROWE, Appellants

V.

JOHN BISNAR, IN HIS CAPACITY AS TRUSTEE FOR JPB IK PLAN, ASSIGNEE OF INTERSTATE RESTORATION, LLC, AND INDIVIDUALLY, Appellee

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 20-8901-158

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 6, 2023